UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Anthony Cowan**            Docket No. 7:21-CR-63-1D

## Petition for Action on Probation

COMES NOW Orlando M. Roberts, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Cowan, who, upon a finding of guilty by a jury to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on August 1, 2023, to 48 months of probation under the conditions adopted by the court. Note: The defendant's special condition of probation includes supporting his dependents.

On October 18, 2023, a Violation Report was submitted to the court advising that on October 11, 2023, a warrant was issued for the defendant alleging that he committed the criminal offenses of Communicating Threats and Injury to Personal Property (23CR432392) in Robeson County, North Carolina. When confronted by the probation officer, the defendant was adamant that the charges were frivolous. He contended an ex-roommate took out this process to get him arrested. The probation officer advised the defendant to cease all contact with his ex-roommate until the matter was resolved. It was recommended he be continued under supervision without modification. The court concurred with the recommendation on October 18, 2023.

On November 15, 2023, a Violation Report was submitted to the court advising that on November 4, 2023, the defendant received a citation for Driving While License Revoked and Canceled/Revoked/Suspended Certificate/Tag (23CR713532) in Robeson County, North Carolina. When confronted by the probation officer, the defendant admitted to the driving violations. He contended that he was driving home from work when he encountered a license check point. The defendant contended to working on getting his license restored. It was recommended that he be continued under supervision without modification. The court concurred with the recommendation on November 16, 2023.

On February 13, 2024, a Violation Report was submitted to the court advising that on February 6, 2024, the defendant received a citation for Driving While License Revoked, Speeding, Expired Registration Card/Tag, Operate Vehicle No Insurance, Expired/No Inspection, and Canceled/Revoked/Suspended Certificate/Tag (24CR7000356) in Scotland County, North Carolina. When confronted by the probation officer, the defendant admitted to the driving violations. He contended that his son had a medical complication at a hospital in Charlotte, North Carolina, and he was driving to check on his son at the hospital. The defendant hired a local attorney to assist him with getting his license restored. The probation officer verbally reprimanded him for driving without a valid license. It was recommended that he be continued under supervision without modification. The court concurred with the recommendation on February 13, 2024.

On August 28, 2025, the defendant's case was reassigned to Your Honor for all further proceedings.

Anthony Cowan
Docket No. 7:21-CR-63-1D
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 18, 2025, the defendant received a citation for Driving While License Revoked and Exceeding Posted Speed (25CR12591) in Robeson County, North Carolina. He failed to notify the probation office of his contact with law enforcement as required. When confronted by the undersigned probation officer, the defendant contended he was fixing a customer's vehicle and test drove the vehicle. He was driving with his emergency lights turned on, and the police initiated a traffic stop for speeding. The defendant denied exceeding the speed limit as reported and intends to retain counsel. In response to the violation, it is respectfully recommended the defendant's probation be modified to include participation in a cognitive behavioral program as directed by the probation officer. He signed a waiver of Hearing agreeing to the proposed modification of supervision. Additionally, the defendant has been advised that revocation proceedings will be initiated if he receives another citation for driving without being properly licensed.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Orlando M. Roberts
Orlando M. Roberts
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 252-508-3055
Executed On: August 28, 2025

### ORDER OF THE COURT

Considered and ordered this __29__ day of __August__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
United States District Judge